PS 8 (3/15)    Case 1:24-cr-02027-SAB    ECF No. 512    filed 07/15/24    PageID.2122    Page 1 of 2

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 15, 2024

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

U.S.A. vs.      Carras-Blackburn, Alexa Joann      Docket No.      0980 1:24CR02027-SAB-24

### Petition for Action on Conditions of Pretrial Release

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Alexa Joann Carras-Blackburn, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke, sitting in the court at Spokane, Washington, on the 22nd day of April 2024, under the following conditions:

**Condition #12:** Controlled Substances Prohibition: Defendant shall not use or possess any narcotic drug or other controlled substances as defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized to use medical marijuana under state law and regardless of whether marijuana is legal under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On May 8, 2024, the undersigned officer reviewed the conditions of pretrial release supervision with Ms. Carras-Blackburn, in which she acknowledged an understanding of the conditions at that time.

**Violation #1:** Alexa Joann Carras-Blackburn is alleged to have violated the conditions of pretrial release supervision by admitting to ingesting methamphetamine on or about June 21, 2024.

On June 25, 2024, Ms. Carras-Blackburn reported to the U.S. Probation Office and provided a urine specimen that tested presumptive positive for the presence of amphetamine and methamphetamine. Ms. Carras-Blackburn denied using methamphetamine at that time. Subsequently, the sample was packaged and sent to Alere Toxicology Services, Inc. (Alere) for further analysis.

On June 28, 2024, Alere advised the sample was rejected for testing due to the specimen bottle being damaged during shipment.

On July 1, 2024, the undersigned officer confronted Ms. Carras-Blackburn about testing presumptive positive for the presence of amphetamine and methamphetamine, as noted above. Ms. Carras-Blackburn admitted she found methamphetamine in her belongings and chose to ingest the substance on or about June 21, 2024, and signed an substance abuse admission form.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on:    July 12, 2024 |
| by | s/Erik Carlson |
|  | Erik Carlson<br>U.S. Pretrial Services Officer |

PS-8
Re: Carras-Blackburn, Alexa Joann
July 12, 2024
Page 2

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

7/15/24
_____
Date