# UNITED STATES DISTRICT COURT
### for
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 12, 2025

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Carras-Blackburn, Alexa Joann | Docket No. | 0980 1:24CR02027-SAB-24 |
|---|---|---|---|

## Petition for No Action on Conditions of Pretrial Release

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Alexa Joann Carras-Blackburn, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke, sitting in the court at Spokane, Washington, on the 22nd day of April 2024, under the following conditions:

**Condition #15:** Alcohol Prohibition: Defendant shall not use or possess any alcoholic beverage. There shall be no alcohol in the home where the Defendant resides. Defendant shall not go to any establishment where alcohol is the primary item of sale.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On May 8, 2024, the undersigned officer reviewed the conditions of pretrial release supervision with Ms. Carras-Blackburn, in which she acknowledged an understanding of the conditions at that time.

**Violation #1:** Alexa Joann Carras-Blackburn is alleged to have violated the conditions of pretrial release supervision by admitting to consuming two alcoholic beverages on or about March 7, 2025.

On March 10, 2025, Ms. Carras-Blackburn sent the undersigned officer a text message advising she had police contact over the weekend due to her boyfriend being "jumped" on the night of March 7, 2025, while she was at work.

Subsequently, the undersigned obtained Spokane Police Department (SPD) report number 2025-20045435. According to the report, on March 8, 2025, at approximately 12:37 a.m., SPD responded to a complaint of an assault. Ms. Carras-Blackburn's live-in boyfriend was named as the suspect of the alleged assault.

The officer proceeded to the residence that Ms. Carras-Blackburn and her boyfriend share. Upon arrival, the officer observed Ms. Carras-Blackburn laying face down at the bottom of a patio staircase. The officer observed a large amount of vomit in close proximity to her. Ms. Carras-Blackburn reportedly advised the officer that she did not know where her boyfriend was located and that she had been drinking. She denied any arguments or assaults happened between her and her boyfriend that night.

On March 11, 2025, the undersigned officer contacted Ms. Carras-Blackburn and confronted her on the above-noted report. Ms. Blackburn admitted she consumed two alcoholic beverages on or about March 7, 2025.

In response to her admission to drinking alcohol, the undersigned officer and Ms. Carras-Blackburn discussed the potential outcomes if she consumed alcoholic beverages. Ms. Carras-Blackburn stated her child passed away around March 2023, and she chose to consume alcohol to deal with her grief. She advised she had been meeting with a mental health counselor to address her issues with grief, but stopped going around December 2024, as she was also meeting with a psychiatrist. Ms. Carras-Blackburn indicated she is unable to meet with her psychiatrist enough to help deal with her grief. She stated she would benefit from re-engaging in mental health counseling to work on her grief issues.

Later, on March 11, 2025, Ms. Blackburn-Carras contacted the undersigned officer and advised she scheduled an appointment with her mental health counselor for March 28, 2025.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on: March 12, 2025 |
| by | s/Erik Carlson |
|  | Erik Carlson<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

- [X] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [ ] Defendant to appear before the Magistrate Judge.
- [ ] Other

Signature of Judicial Officer

3/12/2025
Date